# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-3275-WQH |
| Plaintiff, | |
| v. | **JUDGMENT and ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| ALINA MARIE GLENN, | |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 15] without prejudice.

   IT IS SO ORDERED.

Dated:  August 30, 2021

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court